UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA


| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) E.D. TENN MAG. NO.: 1:14-mj-133 |
| v. | ) CHG DIST. No. 5:14-MJ-5079-REW |
| | ) Eastern District of Kentucky-Lexington |
| ROY GIBSON | )     *LEE* |


## MEMORANDUM AND ORDER

The defendant appeared for a hearing before the undersigned on May 16, 2014, in accordance with Rules 5 and 5.1 of the Federal Rules of Criminal Procedure for an initial appearance of the defendant on an arrest warrant and criminal complaint out of the U.S.D.C., Eastern District of Kentucky, Lexington Division. Those present for the hearing included:

(1) AUSA Meredith Edwards for the USA.
(2) The defendant, ROY GIBSON.
(3) Attorney Anthony Martinez with Federal Defender Services of Eastern Tennessee as appointed counsel for defendant.

After being sworn in due form of law, the defendant was informed or reminded of his privilege against self-incrimination accorded him under the 5th Amendment to the United States Constitution. Attorney Martinez with Federal Defender Services of Eastern Tennessee was present as court appointed counsel in the arresting district.

The defendant had been provided with a copy of the arrest warrant and criminal complaint with attached affidavit and had the opportunity of reviewing those documents with his attorney. It was determined defendant was capable of being able to read and understand the copy of the aforesaid documents he had been provided.

AUSA Edwards moved defendant be detained without bail pending a detention hearing in the U.S.D.C., Eastern District of Kentucky, Lexington Division. The defendant waived his right to an identity hearing and detention hearing in this district and asked that his detention hearing, preliminary examination, and any further proceedings be held in the U.S.D.C., Eastern District of Kentucky, Lexington Division.

The defendant was advised of his rights pursuant to Rule 20 of the Federal Rules of Criminal Procedure. After consulting with his counsel, defendant asked that he be transferred to the U.S.D.C., Eastern District of Kentucky, Lexington Division, the charging district.

It is ORDERED:

(1) Defendant shall be TEMPORARILY DETAINED pending his transfer to the U.S.D.C., Eastern District of Kentucky, Lexington Division as set forth in the Order of Temporary Detention Pending Hearing Pursuant to Bail Reform Act.

(2) The U.S. Marshals Service shall transport defendant to the U.S.D.C., Eastern District of Kentucky, Lexington Division for a hearing on a date to be determined once defendant is in said district.

ENTER.

                                           s/ *Susan K. Lee*
                                           SUSAN K. LEE
                                           UNITED STATES MAGISTRATE JUDGE